# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr45

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EDUARDO RANGEL-CASTANEDA. ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. United States v. Rangel-Castaneda, ____ F.3d ____, 2013 WL 829149 (4th Cir. 2013.

The Fourth Circuit reversed the sentence imposed by the undersigned and has remanded this matter for resentencing. Id. In view of the fact that the Circuit has instructed this Court to resentence the Defendant "as expeditiously as possible," the Court will order the United States Marshal to transport the Defendant to this District for resentencing.

**IT IS, THEREFORE, ORDERED** that the United States Marshal shall transport the Defendant to the Western District of North Carolina, Asheville Division.

Signed: March 11, 2013

Martin Reidinger
United States District Judge